UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>DARIAN BENEVENTO,<br><br>             Defendant. | 2:07-cr-00136-RCJ-PAL-1<br><br>**ORDER** |

Defendant has requested copies of various documents and transcripts.  The Court grants the motion in part.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion for Copies of Docket Sheet and Documents (ECF No. 119) is GRANTED IN PART.  The Clerk shall mail to Defendant copies of Docket Nos. 1, 68, 76, 86, 103, and 116.  The Clerk shall also mail a copy of Form AO 435 - Transcript Order.

IT IS SO ORDERED.

Dated this 9th day of January, 2015.

_____
ROBERT C. JONES
United States District Judge