ADDENDUM TO PETITION (Probation Form 12)
RE: Darian Benevento
Case No.: 2:07CR00136
March 25, 2019

The Honorable Robert C. Jones, Senior United States District Judge

Honorable Judge:

Reference is made to the Probation Form 12, dated July 31, 2018, alleging violations of supervision. We are requesting that the petition be amended to include the following:

1. **Shall Not Commit Crime** - The defendant shall not commit another federal state or local crime.

    -On or about March 7, 2019, Benevento was arrested by the Brentwood City Police Department in Contra Costa County, California. Benevento was charged with the following crimes:

    -Willful Cruelty to Child- CA Penal Code 273A(B)
    -Felon in Possession of a Firearm- CA Penal Code 29800(A)(1)
    -Possession of Bad Check Etc.- CA Penal Code 457(A)
    -Make Unauthorized Paper Money- CA Penal Code 648
    -Possession of ID to Commit Forgery- CA Penal Code 470B
    -False ID to Specific Peace Officers- CA Penal Code 148.9(A)

2. **Shall Not Commit Crime** - The defendant shall not commit another federal state or local crime.

    -On or about March 7, 2019, Benevento was arrested by the Brentwood City Police Department in Contra Costa County, California, after absconding from supervision in Nevada approximately 7 months earlier. Benevento provided a false identification card from the State of Arizona and was found in possession of a false identification card from North Carolina. Benevento provided false information to arresting officers and failed to register as a sex offender in Contra Costa County, California.

    -Benevento's conduct constitutes the commission of the crime Title 18 U.S.C. Section 2250(a) Sex Offender Failure to Register.

3. **Weapons Restriction** - The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    -On or about March 7, 2019, Benevento was arrested and charged with Felon in Possession of a Firearm in Brentwood City, California. The offender was found in

ADDENDUM TO PETITION (Probation Form 12)
RE: Darian Benevento

      possession of a Glock Model 22, .40 Caliber Handgun loaded with 10 rounds of ammunition.

4. **Shall Not Leave District** - The defendant shall not leave the judicial district without the permission of the court or probation officer.

    -On or about March 7, 2019, Benevento was arrested by the Brentwood City, California Police Department, in an apartment in Contra Costa County, California. Benevento did not have permission to leave the District of Nevada.

5. **Minor Prohibition** – The defendant shall not associate with persons under the age of eighteen (18), except in the presence of a responsible adult who is aware of the nature of your background and current offense, and who has been approved by the probation officer.

    -On or about March 7, 2018, Benevento was arrested and charged with Willful Cruelty to a Child by the Brentwood City Police Department. Benevento was found in an apartment alone with a 7-year-old child. Benevento did not have permission to associate with the child, was not related to the child, and the child's mother did not know of his sex offense and minor prohibition.

EVALUATIVE SUMMARY

Benevento incurred several violations of supervision in the first half of 2018, and ultimately absconded from supervision in late July of 2018. The undersigned filed a petition for warrant as referenced above on July 31, 2018. Benevento's whereabouts have been unknown since this time.

On March 7, 2019, the probation officer received a call from the Brentwood City Police Department. Officers indicated that Mr. Benevento had been arrested after they responded to a child welfare check. Benevento provided false information to officers, possessed multiple false identification cards and was in possession of several bills of counterfeit currency in varying denominations.

Benevento was in the residence alone with a child and no other occupants when he was arrested. The mother of the child, who was later contacted by officers, indicated that Benevento was unknown to her and she had not approved him as a care taker for the child. The apartment was found to contain printing supplies and accoutrements associated with the counterfeiting of currency. Multiple stacks of counterfeit currency were found in Benevento's pocket, in the apartment, and in a duffle bag belonging to Mr. Benevento. The apartment also was found to contain a Glock model 22, .40 caliber handgun, loaded with 10 rounds of ammunition. An additional full box of .40 caliber ammunition was found in the residence.

The child was taken into child protective service custody and Benevento was charged with the aforementioned crimes. Brentwood City, California is located in Contra Costa County, northeast

ADDENDUM TO PETITION (Probation Form 12)
RE: Darian Benevento

of the San Francisco Bay Area. Benevento did not have permission to travel outside of the state of Nevada and his conduct constitutes the commission of Sex Offender Failure to Register Title 18, U.S.C. Section 2250(a).

Respectfully submitted,

Steven M. Goldner
2019.03.25
16:11:07 -07'00'

STEVE GOLDNER
Senior U.S. Probation Officer

Approved:

Benjamin Johnson
2019.03.25 18:22:44
-07'00'

BENJAMIN JOHNSON
Supervising U.S. Probation Officer

IT IS SO ORDERED this 18th day of April, 2019.

ROBERT C. JONES