NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
SUPRIYA PRASAD
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
supriya.prasad@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00136-RCJ-PAL |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING** |
| DARIAN BENEVENTO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Darian Benevento, that the hearing currently scheduled for November 17, 2020 at 1:30 p.m. be vacated and continued to January 19, 2021 at 1:00 p.m. or any other date and time convenient to the Court.

The Stipulation is entered into for the following reasons:

1. A hearing for the revocation for supervise release is currently scheduled for November 17, 2020 at 1:30 p.m.

2. The parties believe that the hearing can be further delayed without serious harm to the interests of justice.

3. The defendant is not incarcerated.

4. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 6th day of November 2020.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| By _/s/ Supriya Prasad_____<br>SUPRIYA PRASAD<br>Assistant United States Attorney | By _/s/ Rebecca Levy___<br>REBECCA LEVY<br>Assistant Federal Public Defender |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00136-RCJ-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| DARIAN BENEVENTO, | |
| Defendant. | |

IT IS ORDERED that the revocation of supervised release hearing currently scheduled for November 17, 2020 at 1:30 p.m. be vacated and continued to Tuesday, 1/19/2021 at 1:00 p.m. via Zoom Video Conference before Judge Robert C. Jones.

Dated this 9th day of November 2020.

_____
UNITED STATES DISTRICT JUDGE