UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>v.<br>DARIAN BENEVENTO,<br><br>         Defendant. | Case No. 2:07-CR-00136-RCJ-DJA<br><br>REASSIGNMENT ORDER |
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>v.<br>DARIAN BENEVENTO,<br><br>         Defendant. | Case No. 2:21-CR-00155-JAD-BNW<br><br>REASSIGNMENT ORDER |

  The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case.

  Good cause appearing, IT IS HEREBY ORDERED that Case No. 2:07-CR-00136-RCJ-DJA is reassigned to District Judge Jennifer A. Dorsey and Magistrate Judge Daniel J. Albregts and all future pleadings must bear case number 2:07-CR-00136-JAD-DJA.

///

///

1

1 IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and
2 docket(s) to reflect this reassignment.
3 IT IS SO ORDERED.
4 DATED this 15th day of July, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

9 DATED this 16th day of July, 2021.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE