UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>DARIAN BENEVENTO,<br><br>           Defendant. | Case No. 2:07-cr-00136-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 194 |

      Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, November 8, 2021 at 11:00 a.m., be vacated and continued to January 31, 2022, at 3:00 p.m.

      DATED this 8th day of November 2021.

                                                          _____
                                                           UNITED STATES DISTRICT JUDGE