UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DARIAN BENEVENTO,<br><br>　　　　　Defendant. | Case No. 2:07-cr-00136-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 196 |

　　　　IT IS ORDERED that the revocation hearing currently scheduled for Monday, January 31, 2022, at 3:00 p.m., be vacated and continued to March 14, 2022, at 11:00 a.m.

　　　　DATED this 27th day of January 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE