UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DARIAN BENEVENTO,<br><br>  Defendant. | Case No. 2:07-cr-00136-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 201 |

   Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, May 16, 2022, at 3:00 p.m., be vacated and continued to July 11, 2022, at 3:00 p.m.

   DATED this 10th day of May 2022.

                                    _____
                                    UNITED STATES DISTRICT JUDGE