STIP
GABRIEL L. GRASSO, ESQ.
State Bar Number 7358
**GABRIEL L. GRASSO, P.C.**
411 S 6th Street
Las Vegas, Nevada 89101
702-868-8866
gabriel@grassodefense.com
Attorney for BENEVENTO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:07-cr-00136-JAD-DJA |
| DARIAN JACOB BENEVEN | ) STIPULATED SUBSTITUTION |
| Defendant. | ) OF COUNSEL |

NOTICE IS HEREBY GIVEN that the defendant, DARIAN JACOB BENEVENTO requests a substitution of counsel in the above styled cause, wherein GABRIEL L. GRASSO, ESQ. is substituted counsel and REBECCA LEVY, FPD, is no longer counsel of record for the defendant.

DATED this 1st day of July, 2022.

Federal Public Defender
Rebecca Levy, Esq.
411 E. Bonneville Ave, Ste 250
Las Vegas, NV 89101
(702) 388-5123

Gabriel L. Grasso, Esq.
State Bar Number 7358
411 S 6th Street
Las Vegas, Nevada 89101
(702) 868-8866

_/s/ Rebecca Levy_____
REBECCA LEVY, Esq.

__/s/Gabriel L. Grasso___
GABRIEL L. GRASSO, Esq.

DARIAN J. BENEVENTO, Defendant

## ORDER

**IT IS ORDERED** that GABRIEL L. GRASSO, ESQ. is substituted counsel and REBECCA LEVY, FPD. Is no longer counsel for the defendant.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____7/6/2022_____