GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for BENEVENTO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DARIAN BENEVENTO,<br><br>　　　　　　Defendant. | Case No.:   2:07-cr-00136-JAD-DJA<br><br>STIPULATION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING DATE<br><br>(SIXTH REQUEST) |

*Certification:*  This stipulation is filed pursuant to General Order 2007-04.

　　IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Gabriel L. Grasso, Esq, counsel for DARIAN BENEVENTO (BENEVENTO), that the revocation hearing currently scheduled for July 11, 2022, at 3:00 pm., be vacated and continued to a date and time convenient to this court, but no event earlier than SIXTY (60) days.

　　Pursuant to General Order No. 2007-04, this stipulation is entered and based upon the following:

1. Defense counsel has only recently substituted in as counsel of record and within the last few days received discovery from prior counsel.

　　Defense counsel will need the additional time requested to prepare for the revocation hearing.

2. The parties agree to the continuance.

3. BENEVENTO is being held at NSDC Pahrump and does not object to the continuance.

4.  Denial of this request for continuance would deny the defense sufficient time to be able to assist in defendant's revocation hearing.

5.  This is the sixth request for a continuance of the sentencing date in this case.

DATED this 30th day of June 2022

RESPECTFULLY SUBMITTED BY:

  /s/ Supriya Prasad                                       /s/ Gabriel L. Grasso  
SUPRIYA PRASAD                                        GABRIEL L. GRASSO
Assistant United States Attorney            Attorney for BENEVENTO

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for BENEVENTO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No.:   2:07-cr-00136-JAD-DJA |
| vs. | ) | |
| | ) | STIPULATION TO CONTINUE |
| DARIAN BENEVENTO, | ) | SUPERVISED RELEASE |
| | ) | REVOCATION HEARING DATE |
| Defendant. | ) | (SIXTH REQUEST) |

**FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. Defense counsel has only recently substituted in as counsel of record and within the last few days received discovery from prior counsel.
2. Defense counsel will need the additional time requested to prepare for the revocation hearing.
3. The parties stipulate to this continuance.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would result in a miscarriage of justice.

3

**ORDER**

**IT IS ORDERED** that the revocation hearing currently scheduled for July 11, 2022, at 3:00 p.m., be vacated and continued to September 12, 2022, at 2:00 p.m.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/6/2022 _____