# United States District Court

## District of Nevada

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>   v.<br><br>Darian Benevento,<br><br>       Defendant. | Case No. 2:07-cr-00136-JAD-DJA-1<br><br>**Order Permitting Copies of Non-Public Docket for Appellate Purposes**<br><br>ECF No. 224 |

    IT IS HEREBY ORDERED that the Clerk's Office provide copies of the complete, non-public docket sheet to counsel for Darian Benevento and counsel for the United States of America.

    **Dated**:  May 10, 2023.

                                                _____
                                                    U.S. DISTRICT COURT JUDGE