# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Darian Benevento,<br><br>　　　　Defendant. | Case No. 2:07-cr-00136-JAD-DJA<br><br>**Order** |

Before the Court is Defendant Darian Benevento's motion "to request discovery." (ECF No. 246). In his motion, Benevento requests a copy of the docket sheet and of "discovery for case on record" so that he may bring a *habeas corpus* petition. The Court ordinarily cannot provide free copies even to indigent parties. *See Jackson v. Philson*, No. 3:20-cv-00009-GMN-CLB, 2020 WL 9888358, at \*1 (D. Nev. Sept. 28, 2020). However, the Court will provide Benevento a courtesy copy of the docket. The Court directs Benevento to contact his counsel of record in this case for any other documents he may need. The Court will send a copy of this order to Benevento. His counsel will receive a copy through the Court's docketing system.

**IT IS THEREFORE ORDERED** that Benevento's motion (ECF No. 246) is **granted in part and denied in part.** It is granted in part regarding Benevento's request for a copy of the docket sheet. It is denied in all other respects.

///

//

///

1  **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send
2  Benevento a copy of this order and of the docket sheet at the below addresses.

Darian Benevento #202506768
Robert Presley Detention Center
PO Box 710
Riverside, CA 92501

Darian Benevento #202506768
Robert Presley Detention Center
4000 Orange Street
Riverside, CA 92501

DATED: May 30, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE