**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARIAN BENEVENTO,

Defendant.

Case No. 2:07-cr-00136-JAD-DJA
2:21-cr-00155-JAD-BNW

**ORDER**

IT IS THEREFORE ORDERED that the preliminary revocation hearing scheduled for July 29, 2026, at 1:00 p.m., be vacated and continued to September 28, 2026, at the hour of 2:00 p.m. in LV Courtroom 3D.

DATED this 28th day of July, 2026.

UNITED STATES MAGISTRATE JUDGE