**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DARIAN BENEVENTO,<br>Defendant. | Case No. 2:07-cr-00136-JAD-DJA<br>2:21-cr-00155-JAD-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing scheduled for October 5, 2026, at 11:30 a.m., be vacated and continued to December 10, 2026, at the hour of 11:30 a.m.

DATED this 15th day of September, 2026.

UNITED STATES DISTRICT JUDGE