**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARIAN BENEVENTO,

Defendant.

Case No. 2:07-cr-00136-JAD-DJA
2:21-cr-00155-JAD-BNW

**ORDER**

IT IS THEREFORE ORDERED that the preliminary revocation hearing scheduled for September 28, 2026, at 2:00 p.m., be vacated and continued to November 30, 2026, at the hour of 2:00 p.m. in LV Courtroom 3C before Magistrate Judge Maximiliano D. Couvillier, III.

DATED this 15th day of September, 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE