**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARIAN BENEVENTO,

Defendant.

Case No. 2:07-cr-00136-JAD-DJA
2:21-cr-00155-JAD-BNW

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing scheduled for December 10, 2026, at 11:30 a.m., be vacated and continued to February 8, 2027, at the hour of 10:00 a.m.

DATED this 23rd day of November, 2026.

UNITED STATES DISTRICT JUDGE